CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Picayune & Waveland__

COUNTY: __Pearl River & Hancock__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # __1:15CR 7 LG - RHW__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER ____1:15MJ501-RHW-1____
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 03 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __x__ NO

NAME/ALIAS: ____Jaron Stubbs____

**U.S. ATTORNEY INFORMATION:**

AUSA __John A. Meynardie__ BAR # ____9912____

INTERPRETER: __x__ NO ____ YES LIST LANGUAGE AND/OR DIALECT: ____Not Applicable____

**LOCATION STATUS:** ARREST DATE ____1/06/2015____

__X__ ALREADY IN FEDERAL CUSTODY AS OF ____1/06/2015____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __4__ ____PETTY ____MISDEMEANOR __4__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __21:846=CD.F__ | 21 USC § 846 | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE | 1 |
| Set 2 __21:841A=CD.F__ | 21 USC § 841(A)(1) | POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (AIDING AND ABETTING) | 2-4 |

Date: __1/22/15__   SIGNATURE OF AUSA: _/s/ Meynardie_

Revised 2/26/2010